

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　CRIMINAL NO. 3:19-cr-207
　　　　　　　　　　　　　　　18 U.S.C. § 1708

**MICHAEL LAWRENCE COLLINS**

### I N F O R M A T I O N
### (Mail Theft)

The United States Attorney Charges:

On or about December 18, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, MICHAEL LAWRENCE COLLINS did steal and abstract from and out of an authorized container for mail matter located at 1000 Virginia Avenue West, Huntington, West Virginia, a package addressed to Smith, Douglas Smith at 1201 6th Ave, Huntington, WV 25701.

In violation of Title 18, United States Code, Section 1708.

　　　　　　　　　　　　　　　MICHAEL B. STUART
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　ANDREW J. TESSMAN
　　　　　　　　　　　　　　　Assistant United States Attorney